IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
AARON COFFEY,                   )
                                )
    Plaintiff,                  )
                                )         CIVIL ACTION NO.
    v.                          )           3:14cv41-MHT
                                )               (WO)
HSRE-PREISS AUBURN I,           )
LLC, et al.,                    )
                                )
    Defendants.                 )
```

ORDER

Before the court is the parties' joint motion to remand for lack of subject-matter jurisdiction. The parties aver that this court lacks subject-matter jurisdiction pursuant to 28 U.S.C. § 1332 because the plaintiff and defendants do not enjoy complete diversity of citizenship. See, e.g., Palmer v. Hosp. Auth. of Randolph Cnty., 22 F.3d 1559, 1564 (11th Cir. 1994) (noting that diversity jurisdiction pursuant to 28 U.S.C. § 1332 "requires complete diversity—every plaintiff must be diverse from every defendant"). On consideration of the record, it is ORDERED as follows:

(1) The joint motion to remand (doc. no. 36) is granted.

(2) The other motion to remand (doc. no. 33) is denied as moot.

(3) Pursuant to 28 U.S.C. § 1447(c), this action is remanded to the Circuit Court of Lee County, Alabama.

(4) The clerk of the court is to take appropriate steps to effect the remand.

It is further ORDERED that costs are taxed as paid.

This case is closed in this court.

DONE, this the 23rd day of January, 2015.

                                              /s/ Myron H. Thompson\_\_\_\_
                                          UNITED STATES DISTRICT JUDGE